1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  455 Capitol Mall, 3rd Floor, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   Fax:       (916) 441-6553
4  mark@reichellaw.com
   www.reichelplesser.com
5

6  Attorney for Defendant
   JOHN POLAND
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                   ) NO. CR.S-13-046-KJM
                Plaintiff,           )
13                                   ) STIPULATION TO MODIFY TERMS OF
       v.                            ) PRETRIAL RELEASE
14                                   )
                                     ) Date: N/A
15                                   ) Time: N/A
   JOHN POLAND,                      ) Judge: Hon. Dale A. Drozd
16                                   )
                Defendant.
17  _____

18

19      It is hereby stipulated by and between the parties hereto, that

20  the terms of the defendant's pretrial release, shall be modified as

21  follows:

22      Defendant shall be allowed to contact and be in the presence of

23  CYNTHIA CERVERA.

24      All other terms of the defendant's pretrial release shall remain

25  in full force and effect.

26

27

28  Stipulation to modify pretrial release

DATED: May 24, 2013.        Respectfully submitted,

                            MARK J. REICHEL, ESQ.
                            /s/ MARK J. REICHEL
                            MARK J. REICHEL
                            Attorney for defendant


                            BENJAMIN WAGNER
                            United States Attorney

DATED: May 24, 2013         /s/MARK J. REICHEL for:
                            MICHELLE RODRIGUEZ
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the court modifies the terms of the defendant's release as set forth above. All other terms and conditions of the defendant's pretrial release shall remain in full force and effect.

DATED: May 28, 2013

*allison Claire*

THE HONORABLE ALLISON CLAIRE
United States District Court Judge